UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUSTIN LAWYERS GUILD; CARL GOSSETT, DAVID GRASSBAUGH, MARK SAMPSON, and FRANCIS WILLIAMS, for themselves and those similarly situated; and the PRISON JUSTICE LEAGUE; | § § § § § § | Cause No. 1:14-cv-366-LY |
| Plaintiffs, | § | |
| v. | § § | |
| SECURUS TECHNOLOGIES, INC and TRAVIS COUNTY, | § § § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Plaintiffs Austin Lawyers Guild, the Prison Justice League, Carl Gossett, David Grassbaugh, Mark Sampson, and Francis Williams, and Defendants Securus Technologies, Inc. and Travis County hereby file this stipulation agreeing to the dismissal of this case and all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree to bear their own costs and fees.

Dated: March 11, 2016.

Respectfully submitted,

 /s/ Abigail Frank
Abigail Frank
Texas Bar No. 24069732
Wayne Krause Yang
Texas Bar No. 24032644
James C. Harrington
Texas Bar No. 09048500

TEXAS CIVIL RIGHTS PROJECT
1405 Montopolis Drive
Austin, TX 78741
  (512) 474-5073 (phone)
  (512) 474-0726 (fax)

Attorneys for the Individuals, the Austin Lawyers
Guild, and the Prison Justice League
/s/ George C. Lobb
George C. Lobb
Texas Bar No. 24042928

Law Office of George C. Lobb
1108 Lavaca Street, #110-242
Austin, TX 78701
   Tel. (512) 215-6011
   Fax. (512) 425-0877

Attorney for the Individuals and the Class


/s/ Robert A. Hawkins
Robert A. Hawkins
Cass Weiland
SQUIRE PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
*Counsel for Securus Technologies, Inc*


/s/ Anthony J. Nelson
Anthony J. Nelson
Laurie R. Eiserloh
Assistant Travis County Attorneys
TRAVIS COUNTY ATTORNEY'S OFFICE
P.O. Box 1748
Austin, Texas 78701
*Counsel for Travis County Defendants*


CERTIFICATE OF SERVICE

I certify that on March 11, 2016 I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have appeared in this matter.

/s/ Robert A. Hawkins
Robert A. Hawkins