UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AUSTIN LAWYERS GUILD; CARL GOSSETT, DAVID GRASSBAUGH, MARK SAMPSON, and FRANCIS WILLIAMS, for themselves and those similarly situated; and the PRISON JUSTICE LEAGUE;<br>Plaintiffs,<br>v.<br><br>SECURUS TECHNOLOGIES, INC and TRAVIS COUNTY,<br>Defendants. | Cause No. 1:14-cv-366-LY |

## STIPULATION OF DISMISSAL

Plaintiffs Austin Lawyers Guild, the Prison Justice League, Carl Gossett, David Grassbaugh, Mark Sampson, and Francis Williams, and Defendants Securus Technologies, Inc. and Travis County hereby file this stipulation agreeing to the dismissal of this case and all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Parties agree to bear their own costs and fees.

Dated: March 11, 2016.

                                              Respectfully submitted,

                                              /s/ Abigail Frank
                                              Abigail Frank
                                              Texas Bar No. 24069732
                                              Wayne Krause Yang
                                              Texas Bar No. 24032644
                                              James C. Harrington
                                              Texas Bar No. 09048500

                                              TEXAS CIVIL RIGHTS PROJECT
                                              1405 Montopolis Drive
                                              Austin, TX 78741
                                                (512) 474-5073 (phone)
                                                (512) 474-0726 (fax)

Attorneys for the Individuals, the Austin Lawyers Guild, and the Prison Justice League
/s/ George C. Lobb
George C. Lobb
Texas Bar No. 24042928

Law Office of George C. Lobb
1108 Lavaca Street, #110-242
Austin, TX 78701
  Tel. (512) 215-6011
  Fax. (512) 425-0877

Attorney for the Individuals and the Class


/s/ Robert A. Hawkins
Robert A. Hawkins
Cass Weiland
SQUIRE PATTON BOGGS LLP
2000 McKinney Avenue
Suite 1700
Dallas, Texas 75201
***Counsel for Securus Technologies, Inc***


/s/ Anthony J. Nelson
Anthony J. Nelson
Laurie R. Eiserloh
Assistant Travis County Attorneys
TRAVIS COUNTY ATTORNEY'S OFFICE
P.O. Box 1748
Austin, Texas 78701
***Counsel for Travis County Defendants***


CERTIFICATE OF SERVICE

      I certify that on March 11, 2016 I electronically filed the foregoing with this Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have appeared in this matter.

/s/ Robert A. Hawkins
Robert A. Hawkins